1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **CENTRAL DISTRICT OF CALIFORNIA**
10                        **EASTERN DIVISION**
11  **HENRY PUCKETT,**                    )
                                          )
12                       **Plaintiff,**   )        **No. EDCV 14-717 MWF (AJW)**
                                          )
13           **v.**                       )
                                          )
14  **G. AMAYA, et al.,**                 )        **J U D G M E N T**
                                          )
15                    **Defendants.**     )
   _____   )
16
17
           **IT IS ADJUDGED** that this action is dismissed without prejudice.
18
19
   April 26, 2016
20
                                          _____
21                                        MICHAEL W. FITZGERALD
                                          United States District Judge
22
23
24
25
26
27
28